M/D 1

RECEIVED
2014 MAR -5  P 2: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

CARLOS CAREY 245045
Full name and prison name of
Plaintiff(s)

v.

Lt. Ruffin
Captain Jenkins

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:14-cv-145-mEF
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS
  A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☐

  B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☑  NO ☐

  C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

   Plaintiff(s) CARLOS CAREY

   Defendant(s) WARDEN JONES, et. WARDEN MASON et.el. Sgt Dominic Whitley

   2.  Court (if federal court, name the district; if state court, name the county)
   (middle)

3. Docket number 2:13-CV-799-TMH, 2:13-CV-705-TMH, 2:13-CV-00836-WHA-WC

4. Name of judge to whom case was assigned Wallace Capel Jr.

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) Pending

6. Approximate date of filing lawsuit Nov - Dec. 2013

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Bullock Correctional

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|---|---|
| 1. | Lt. Ruffin | Bullock Correctional |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: For The Last Past 6 months I have been in the Segregation due To

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

an incident involving a sgt. whitley in this incident I was assaulted by a sgt. whitley that resulted in head injuries and cognitive and phycological difficulties However I have been denied

GROUND TWO: access to mental health services by Lt. Ruffin since I have been in seg at Bullock due to this incident I have

SUPPORTING FACTS: Request to speak with mental health however every time mental health Request to see me Lt. Ruffin Refuses to take me to speak with a mental health counselor Telling me that I do not need to talk to a

GROUND THREE: counselor and and since we are doing things his way he does not care if I went crazy or die in seg

SUPPORTING FACTS: and sgt whitley should have killed my crazy Ass and I say that you can not speak to mental health fuck you and your problems and Lt Ruffin has maintained this position since I have been in seg as of 2/28/14 I have not had access to mental health services, now for a total of 6 months. since this time and during this entire time I have experienced a great deal of suffering, nightmares headaches and hallucinations. and have had no treatment of any sort and no access to mental health.

Note: Relatives called to Bullock to place complaints with captain. Statement from Relatives are available for this issue.

Note: I have sent complaints to Capt. Jenkins and and filed medical grevences

Note: at one point a mental health counselor Requested to speak with me in a confidential setting however Lt. Ruffin would not permit this Lt. Ruffin then stood there listening to what I was saying to counselor and later

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff is Requesting To have access To mental health services like any other inmate in accord with procedures and standards That meet security needs and not The Arbitary whims of A Officer/Lt etc and A Declaratory Judgement To prevents Correctional staff from Sharing mental health Details. Conversations with inmates and officers. For purposes out side of mental health Treatment Plans.

Plaintiff also Request. Fifty Thousand Dollars in Damages.

Carlos Carey 245045
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/28/14
                (Date)

Carlos Carey
Signature of plaintiff(s)

Carlos Carey - 245045 - BS-3
Bullock Correctional
P.O. Box 5107
Union Springs, AL. 36089

TO: Office of the Clerk
U.S. District Court
One Church Street, Suite B-110
Montgomery, AL. 36104-4018

$00.69
MAILED FROM ZIP CODE 36089
MAR 04 2014

LEGAL MAIL