IN The ... United States
FOR The middle District of alAbama
NORThERN DiViSiON

CARlos CARey, 245045
       PlaiNtifF
       V
Lt. RuffiN, et.al
       DefeNdants

CASe NO. 2:14-CV-145-MEf

motion TO DismiSS CiViL SUit uNdeR
42. U.S.C. 1983

The plaintiff now moves TO DismiSS ThE Above cASe agaiNst all The DEfeNdants The Plaintiff, NOW has access To mentAl health treatment aNd SeRvices The abOve Issve hAS been Resolved.

Carlos Carey  245045
       4/3/14.

2014 APR -9 P 1:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
RECEIVED

CERTIFICATE OF SERVICE;

I hereby certify that a notice of this filing has been sent to the following

Alabama Department of corrections
Legal Division.
301. Ripley Street.
P.O. Box 301501
Montgomery, AL. 36130- 1501

Carlos Carey
245045
Bullock
Correctional
4/3/ 14.

CARLos CARLey, 245045
Bullock Correctional
P.O. Box. 5107
UNION SPrings. AL. 36089. 5107

MONTGOMERY
AL 360
08 APR '14
PM 2 L

02 1M
0004292303
$ 00.69⁰
APR 08 2014
MAILED FROM ZIP CODE 36089

Office of the clerk
TO: U.S. DISTRICT COURT
one churchstreet. suite . B - 110
montgomery, AL. 36104 - 4018

3610440l80i