IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. 2:14-CV-145-MEF |
| v. | ) |
| | ) |
| LT. RUFFIN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In light of the plaintiff seeking leave to dismiss this cause of action (Doc. No. 7), it is

ORDERED that the defendants shall file no response to the complaint unless and until further order of this court.

Done this 10th day of April, 2014.

    /s/ Wallace Capel, Jr.
    WALLACE CAPEL, JR.
    UNITED STATES MAGISTRATE JUDGE