IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   CASE NO. 2:14-CV-145-MEF |
| | )                [WO] |
| v. | ) |
| | ) |
| LT. RUFFIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, an indigent state inmate, initiated this cause of action on March 5, 2014. Subsequently, and prior to Defendants filing a response to the complaint, Plaintiff filed a "Motion to Dismiss Civil Suit" in which he "moves to dismiss the above case against all the defendants because [the sole issue in this case regarding] access to mental health treatment and services . . . has been resolved." *Doc. No. 7* at 1.

Upon consideration of Plaintiff's motion to dismiss, the court concludes that the motion is due to be granted. Furthermore, since Defendants have filed no responsive pleading addressing the claims raised in the complaint, the court discerns that this case should be dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. Plaintiff's motion to dismiss be GRANTED.

2. This case be dismissed without prejudice.

3.  No costs be taxed herein.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **April 23, 2014**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive, or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); s*ee Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 10th day of April, 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE