IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045,             ) | |
| ) | |
| Plaintiff,             ) | |
| v.                                                             ) | CASE NO. 2:14-cv-145-MEF |
| ) | WO |
| LT. RUFFIN, *et al.,*             ) | |
| ) | |
| Defendants.             ) | |

## **O R D E R**

On April 10, 2014, the Magistrate Judge filed a Recommendation (Doc. #9) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the plaintiff's motion to dismiss is GRANTED and this case is DISMISSED without prejudice.

3. No costs are taxed herein.

DONE this the 1st day of May, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE